IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISA GARCIA,                      )<br>                                           )<br>                                           )<br>                                           )<br>        Plaintiff,                 )<br>                                           )<br>    vs.                                  )<br>                                           )<br>MICHAEL J. ASTRUE, Commissioner of )<br>Social Security,                   )<br>                                           )<br>        Defendant.              )<br>_____) | 1:09cv0959 DLB<br><br>ORDER GRANTING STIPULATION TO<br>DISMISS WITH PREJUDICE<br><br>(Document 13) |

Pursuant to the parties' stipulation to dismiss filed on January 21, 2010, this action is DISMISSED WITH PREJUDICE. Each party shall bear his/her own costs and expenses, including but not limited to attorney's fees.

IT IS SO ORDERED.

   **Dated:   January 22, 2010**              **/s/ Dennis L. Beck**
                                                                        UNITED STATES MAGISTRATE JUDGE

1